# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BECKER, | 1:11-cv-00595 LJO GSA |
| Plaintiff, | **ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE;** |
| v. | **ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS WITHIN 120 DAYS** |
| BANK OF AMERICA, et al, | |
| Defendants. | |

**PROCEDURAL BACKGROUND**

On April 13, 2011, Plaintiff Bradley Becker filed a complaint against Bank of America and Does one through ten, and Roes one through five. (Doc. 1.) Plaintiff filed the $350.00 filing fee with this Court that same date. (Receipt No. CAE100014679.)

On September 14, 2011, this matter was reassigned, following Senior District Judge Oliver W. Wanger's retirement. (Doc. 2.) Plaintiff consented to the jurisdiction of the magistrate judge on October 21, 2011. (Doc. 3.)

1

**DISCUSSION**

Plaintiff paid the filing fee in full upon initiating this action. Because Plaintiff is not proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and complaint on Defendant Bank of America. The Clerk of the Court will be directed to issue a summons to Plaintiff for the purpose of service of process. Fed. R. Civ. P. 4.

Plaintiff shall complete service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure, or within 120 days from the date of service of this order. Plaintiff shall serve a copy of this order on defendant, together with a copy of the summons and complaint. The following two sections contain instructions on how to serve Defendant.

### A. Waiver of Service

Pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, Plaintiff may (but is not required to) notify Defendant Bank of America of the commencement of this action and request that it waive service of the summons. Fed. R. Civ. P. 4(d)(2). If Plaintiff wishes to do this, he must mail Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the complaint. The documents must be addressed directly to Defendant and must be sent via first class United States Mail. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow Defendant at least thirty (30) days in which to return the waiver to Plaintiff. If Defendant signs and returns the waiver forms to Plaintiff, Plaintiff must then file the forms with the Court. After filing the forms with the Court, Plaintiff need not take any further steps to serve Defendant. Fed. R. Civ. P. 4(d)(4).

### B. Personal Service

If either (1) Plaintiff does not wish to request Defendant to waive service **or** (2) Defendant fails to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must have personal service effected on Defendant. Each Defendant must be personally served with a summons and copy of the complaint, along with a copy of this order. ***Plaintiff may not effect***

*personal service himself*.  Fed. R. Civ. P. 4(c).  Service may be effected by any person who is not a party to this action and who is at least eighteen years old.  *Id*.  The Court will provide Plaintiff with a copy of Rule 4 along with this order.  More specifically, Plaintiff should review Rule 4(e)(2), which addresses how personal service may be effected.

## CONCLUSION AND ORDER

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send Plaintiff a summons;

2. The Clerk is further directed to send Plaintiff the following:

    (a) One (1) copy of the complaint filed April 13, 2011

    (b) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons"

    (c) One (1) copy of the form entitled "Waiver of Service"

    (d) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions, and

    (e) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall complete service of process on Defendant Bank of America within **one-hundred twenty (120) days** from the date of service of this order.  Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendant at the time of service of the summons and complaint;

4. Plaintiff's failure to timely complete service of the complaint on Defendant Bank of America may result in dismissal of this action.  Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   October 25, 2011             /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE