UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BECKER, | CASE NO. CV-F-11-595 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| BANK OF AMERICA, et al. | |
| Defendants. | |

    On November 21, 2011, Plaintiff filed a notice of voluntary dismissal in the above-titled action, dismissing this action with prejudice.  Pursuant to Fed. R. Civ. P. 41, this action is DISMISSED with prejudice.  All dates are VACATED.  The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   November 23, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE